# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff-in-Interpleader,<br><br>vs.<br><br>ROBERT VANCE, an individual; and CLARISSA CORONADO, an individual,<br><br>Defendants-in-Interpleader. | Case No. 5:20-cv-00281-PA-SHK<br><br>(Honorable Percy Anderson<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL OF ACTION**<br><br>**[FRCP 41(a)(1)]**<br><br><br><br>Complaint Filed: 2/12/20 |

**HINSHAW & CULBERTSON LLP**
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1026859\305529648.v1

# **ORDER**

Pursuant to Plaintiff-in-Interpleader Unum Life Insurance Company of America's Notice of Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1), this action is hereby dismissed.

Dated: April 6, 2020

_____
PERCY ANDERSON
United States District Judge

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1026859\305529648.v1